**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOSEPH MIKERSON,

      Plaintiff,

v.                                                                                          Case No. 6:15-cv-346-Orl-37GJK

ORANGE COUNTY SHERIFF'S
OFFICE; and BRIAN LEA,

      Defendants.

**ORDER**

This cause is before the Court on Defendants', Orange County Sheriff's Office and Brian Lea, Motion to Dismiss Plaintiff's, Mikerson Joseph, Complaint for Damages and Memorandum of Law in Support (Doc. 13), filed May 7, 2015.

Local Rule 3.01(b) requires that a "party opposing a motion . . . shall file within fourteen (14) days after service of the motion . . . a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages." Allotting three additional days for service, *see* Fed. R. Civ. P. 6(d), Plaintiff's response to Defendants' Motion was due by May 26, 2015. The May 26 deadline has passed, and Plaintiff still has not filed a response in opposition to Defendants' motion.

Upon consideration, the Court considers Defendants' Motion to be unopposed (*see* Local Rule 3.01(b)) and finds that it is due to be granted. Accordingly, it is **HEREBY ORDERED AND ADJUDGED** that:

1. Defendants' Motion to Dismiss (Doc. 13) is **GRANTED**.

2. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. On or before Friday, **June 12, 2015**, Plaintiff may file an amended complaint that addresses any deficiencies raised in the Motion. Failure to file an amended complaint will result in a dismissal with prejudice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 29, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record